IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JORDYN HASTINGS                                                     PLAINTIFF

Case No. 18-cv-00682

vs.

SAFEGUARD SECURITY AND                             DEFENDANTS
SURVEILLANCE, INC., AMERICAN
HOMESECURES, INC. and
ASHISH BHATIA

### AFFIDAVIT OF ASHISH BHATIA

I, Ashish Bhatia, of full age and being duly sworn, state as follows under penalty of perjury, and in my individual capacity and in my capacity as president of American Homesecures, Inc.

1. I am over the age of 18. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the facts set forth herein.

### As to Ashish Bhatia, Individually

2. I am the president of American Homesecures, Inc., which is a Texas Corporation with its principal place of business in Texas.

3. I perform my job duties from Texas.

4. I understand that I have been sued in my personal capacity. But, as set forth below, I do not have any personal contacts with Arkansas.

5. I am a Texas resident. I have never resided in Arkansas. Indeed, I have never traveled to Arkansas.



6. I do not have nor have I ever had an office in Arkansas.

7. I do not hold nor have I ever held title to or interest in real property in Arkansas.

8. I do not maintain nor have I ever maintained bank accounts or other financial accounts in Arkansas.

9. I do not pay nor have I ever paid individual taxes in Arkansas.

10. I do not have nor have I ever had a telephone listing in Arkansas.

11. I do not have nor have I ever had personal agents, servants, or employees residing in Arkansas.

12. I do not maintain nor have I ever maintained a post office box or other mailing address in Arkansas.

13. I do not hold nor have I ever held a personal, professional license in Arkansas.

14. I reviewed the allegations in the Complaint. I deny each of plaintiff's allegations against me other than that I am a principal of American Homesecures, Inc. and that I reside in Texas. More specifically, I deny that the court has personal jurisdiction over me.

15. I do not know the plaintiff in this lawsuit.

16. I did not make telephone calls to plaintiff.

**As to American Homesecures, Inc.**

17. I am authorized by American Homesecures, Inc. to set forth the following facts, which I know from personal knowledge to be true and accurate.

18. American Homesecures ("AHS") is a home alarm services and installation company. AHS has never performed services in Arkansas nor has it ever serviced, acquired, or sold an Arkansas customer account. AHS does not transact business in Arkansas.

19. AHS has never had an Arkansas license or an Arkansas address or post office box.

20. AHS has never owned real property in Arkansas. Nor has AHS ever had any bank or

financial accounts in Arkansas.

21. AHS has never paid taxes in Arkansas.

22. AHS has never had an Arkansas phone number.

23. AHS has never had employees, agents, or servants in Arkansas.

24. AHS did not call the plaintiff.

25. The plaintiff is not an AHS customer.

26. AHS denies each of plaintiff's allegations other than the allegation that it is a Texas Company with its corporate office in Dallas, Texas. More specifically, AHS denies that the court has personal jurisdiction over AHS.

The facts set forth herein are true and accurate upon information and belief, and I make this declaration under penalty of perjury pursuant to 28 U.S.C section 1746 (2)

Dated: September 26, 2018



MELISSA MORENO
Notary Public, State of Texas
Comm. Expires 03-21-2021
Notary ID 131052714

_____
Ashish Bhatia

NOTARY PUBLIC