EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JORDYN HASTINGS     PLAINTIFF

vs.     Case No. 18-cv-00682

SAFEGUARD SECURITY AND
SURVEILLANCE, INC., AMERICAN
HOMESECURES, INC. and
ASHISH BHATIA     DEFENDANTS

## AFFIDAVIT OF JORDYN HASTINGS

I, Jordyn Hastings, of full age and being duly sworn, state as follows under penalty of perjury;

1. I am over the age of 18. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify to the facts set forth herein.

2. I am a resident of Arkansas and reside in Pulaski County.

3. I am the authorized user and controller of the phone number 870-723-0558. The number is assigned to my personal cell phone, which I carry on my person habitually.

4. My cell phone number 870-723-0558 has been registered with the National Do Not Call List since 2005.

5. To my belief and knowledge, I was called by defendants on eight (8) occasions between the dates of August 29, 2017 and September 11, 2017.

6. All eight calls at issue were received by me while in Arkansas.

7. The majority of the calls at issue included an automated voice message which asked if I was interested in a free automated security system in exchange for putting a sign in my yard.

8. I personally spoke with several of the callers and attempted to obtain identifying information from them. I revealed to the callers that I resided in Arkansas and at least one caller told me that he represented Safeguard and that they were a nationwide company.

9. On August 29, 2017, I received a call from 601-319-7633. I gave the phone to my husband, Stanley Hastings, to answer. My husband spoke with the caller who revealed that he was attempting to sell Safeguard Security and Surveillance products and services. The caller referenced the previous calls. When my husband asked for a website to verify the source of the call, the caller directed him to the website, "safeguardssinc.com," and gave a customer service number to call: 1-800-491-7119.

10. A basic internet search revealed 1-800-491-7119 is the customer service number posted on American Homesecures, Inc.'s website and that "safeguardssinc.com" was the official website of Safeguard Security and Surveillance, Inc.

11. I have no business relationship with any of the Defendants and I did not consent to telemarketing calls to my personal cell phone.

The facts set forth herein are true and accurate upon information and belief, and I make this declaration under penalty of perjury pursuant to 28 U.S.C. section 1746 (2).

Dated: October 26, 2018.

Jordyn Hastings,
Plaintiff

Janet Fisher
Notary Public

10/26/18

JANET FISHER
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMM. EXP. 10/20/2024
COMMISSION NO. 12401637