## Amy Hancock ASP

| | |
|---|---|
| From: | Ashish Bhatia [abhatia@homesecures.com] |
| Sent: | Friday, November 03, 2017 11:58 AM |
| To: | Amy Hancock ASP |
| Cc: | Office Admin |
| Subject: | Request for certificate of Good Standing |

Good Morning, Amy

Could you please help us in getting a letter/email on a certificate of Good Standing, in the State of Arkansas. We are RG Secure Homes Inc

Thankyou

**Ashish Bhatia**
**President,**
**RG Secure Homes Inc.**
**325 N St Paul, ( Ste 2170 )**
**Dallas, TX 75201**

RECEIVED 2017 NOV -3 PM 1:06
AR STATE POLICE
PRIVATE INVESTIGATORS-
SECURITY-ALARM
INSTALLATION & MONITORING

1

# Lavita Thompson

| | |
|---|---|
| From: | Michael Moyer |
| Sent: | Tuesday, April 19, 2016 9:53 AM |
| To: | John Welch |
| Cc: | Lavita Thompson |
| Subject: | RE: Registered Manager RG Secure Homes, Inc. |

John,

I received your request for an extension of time to hire a new manager. The extension is granted until 05/24/16. Please make sure that a new manager is in place prior to 05/24/16. If the new manager needs to take the managers exam, please contact Lavita (501-618-8626) to schedule this exam.

Lavita,
Please notate in the licensing system the new date that they are to have a manager in place.

Thank you,
Mike

Sergeant Michael Moyer
Regulatory and Building Operations Division
Arkansas State Police
# 1 State Police Plaza Drive
Little Rock, AR 72209
Phone: (501)618-8600
michael.moyer@asp.arkansas.gov

---

**From:** John Welch [mailto:jwelch@homesecures.com]
**Sent:** Friday, April 15, 2016 3:03 PM
**To:** Michael Moyer
**Subject:** Registered Manager RG Secure Homes, Inc.

Mr. Moyer, your office mailed a letter to us regarding our registered manager terminating his relationship with our company. The letter is dated 03/30/16 but we did receive notice of having the certified letter until 04/12/16 at which time I picked up the letter. The letter is giving us until 04/24/16 to identify and submit the application for the replacement registered manager. I am writing to request an extension of the time granted for us to perform the search and submit a new application. Thank you in advance for your consideration.

Regards,


John C. Welch
Director of Administration
RG Secure Homes, Inc
dba American Homesecures, Inc
972-528-0134

DISCLAIMER - This e-mail may contain confidential information. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, you must not use, copy, disclose or take any action based on this e-