## Amy Hancock ASP

| | |
|---|---|
| From: | Amy Hancock ASP |
| Sent: | Tuesday, August 18, 2015 9:37 AM |
| To: | 'John Welch' |
| Subject: | Arkansas license |

Good morning, John. We have received the application for an alarm license. The company application is missing and the background fees are missing. Please submit the company application along with a check for $75.50 ($37.75 x 2).

Thank you!

Amy Hancock
Arkansas State Police
P.I. & Security Board Investigator
#1 State Police Plaza Drive
Little Rock, AR  72209
501-618-8600 (office)
501-618-8125 (fax)
amy.hancock@asp.arkansas.gov

**Amy Hancock ASP**

| | |
|---|---|
| From: | John Welch [jwelch@homesecures.com] |
| Sent: | Tuesday, August 18, 2015 9:43 AM |
| To: | Amy Hancock ASP |
| Subject: | Re: Arkansas license |

Good morning, I don't have a copy of the company application, will you please send me one and I will get it out to your today.

Thanks

On Tue, Aug 18, 2015 at 9:36 AM, Amy Hancock ASP <amy.hancock@asp.arkansas.gov> wrote:

Good morning, John. We have received the application for an alarm license. The company application is missing and the background fees are missing. Please submit the company application along with a check for $75.50 ($37.75 x 2).


Thank you!



Amy Hancock

Arkansas State Police

P.I. & Security Board Investigator

#1 State Police Plaza Drive

Little Rock, AR  72209

501-618-8600 (office)

501-618-8125 (fax)

amy.hancock@asp.arkansas.gov




--
John C. Welch
Director of Operations
RG Secure Homes, Inc

1

dba American Homesecures, Inc
214-668-8426

2