**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

———————————————————————— x

JORDYN HASTINGS,                                    :
                                                    :
                  Plaintiff,                        :          Case No. 18-cv-00682
                                                    :
v.                                                  :
                                                    :
                                                    :
SAFEGUARD SECURITY AND                              :          **STIPULATION OF DISMISSAL**
SURVEILLANCE, INC., AMERICAN                        :          **WITH PREJUDICE**
HOMESOURCES, INC. and ASHISH BHATIA                 :
                                                    :
                  Defendants.                       :
                                                    :
                                                    :
                                                    :
                                                    :
———————————————————————— x

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above

entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and

dismissed with prejudice, without costs to any party as against the other.  All parties shall bear

their own attorneys' fees and waive all rights of appeal.

Dated: January 30, 2020


| | |
|---|---|
| _Jason M. Ryburn_ | /s/ J. Carter Fairley |
| Jason M. Ryburn | J. Carter Fairley |
| Ryburn Law Firm | Barber Law Firm, PLLC |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 620 S. Shackelford Dr., Ste. 231 | 425 W. Capital Avenue, Ste. 3400 |
| Little Rock, AR 72211 | Little Rock, AR 72201 |